IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-50483
_____


FOUGERE D. GORDON,

Plaintiff-Appellant,

versus

LOUIS CALDERA, Secretary,
Department of the Army,

Defendant-Appellee.



_____

Appeal from the United States District Court
for the Western District of Texas
(A-98-CV-162-SS)
_____

April 7, 2000

Before REYNALDO G. GARZA, HIGGINBOTHAM, and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH Cir. Rule 47.6.

Appellant's outstanding motion is DENIED.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.